IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| JOHN WIDMAN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 05-1908-HU |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

David B. Lowry
9900 S.W. Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon  97223

    Attorney for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon
Neil J. Evans
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, Oregon  97204-2902

Page 1 - ORDER

Franco L. Becia
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel
701 Fifth Avenue, Suite 2900 M/S 901
Seattle, Washington  98104

        Attorneys for Defendant

KING, Judge:

        The Honorable Dennis Hubel, United States Magistrate Judge, issued his Findings and Recommendation on February 12, 2007.  The matter is before this court.  See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  Plaintiff has filed objections to the Findings and Recommendation and defendant has filed a response.

        When either party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate's report.  See 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

        Having given a *de novo* review of the issues raised in plaintiff's objections to the Findings and Recommendation, I find no error.

        Accordingly, I ADOPT Magistrate Judge Hubel's Findings and Recommendation (#16). IT IS HEREBY ORDERED that the Commissioner's final decision is AFFIRMED and the case is DISMISSED.

        Dated this    19th    day of March, 2007.

                              /s/ Garr M. King
                              Garr M. King
                              United States District Judge